**EXHIBIT A**



Enclosure (15)



Enclosure (15)





**21:17**

**Cheese Sandwich**
1,596 Tweets

Tweets    Tweets & replies    Media    Likes

Go ahead, cut funds to the police.
Community policing by building relations is
expensive and timely, anyways. Bullets, on
the other hand, are cheap and in ready
supply 👮

**Guy Benson** ✓ @guypbenson · 5d
this is f***ing insane

THE DEMANDS OF THE COLLECTIVE
BLACK VOICES AT FREE CAPITOL HIL...
medium.com

337    1,439    1,745

**Cheese Sandwich** @ChaseStanda... · 4d
This is why the AGM-114 was invented. I've
never seen a more incompetent handling
of violent, radical insurgents.

**ABC News** ✓ @ABC · 5d
Christopher Columbus statue debate
as controversial statues fall across the
country.





10:02

**Cheese Sandwich**
1,651 Tweets

Tweets   **Tweets & replies**   Media   Likes

Her justice was received on March 13, 2020.

💬 3    🔁    ♡    ⬆

**MayorOfLA** ✓ @MayorOfLA · 3d
Four years ago, we awoke to the heartbreaking news that 49 people were murdered at Pulse nightclub. We remember the victims and stand together to demand an end to hate and violence against the LGBTQ community.

💬 96    🔁 137    ♡ 953    ⬆

Show more replies

**inkiad** 📧 @inkiadk · 3d
Do you remember letting police officers kill unarmed people?

💬 1    🔁    ♡ 9    ⬆

**Cheese Sandwich** @ChaseStanda... · 2d
If he let them do that, these riots would've been over a whole lot quicker.

💬 1    🔁    ♡    ⬆

**thunderr** @thunderthundr · 4d
How do u pass a law named after a person and dont arrest the people who killed her

**David Muir** ✓ @DavidMuir · 4d
Breonna's Law just passed in Louis severely restricting police from

Enclosure (15)









21:15

**Cheese Sandwich**
1,596 Tweets

Tweets    Tweets & replies    Media    Likes

💬 49    🔁 167    🤍 708    📤

**Matt Walsh** ✔ @MattWalshBlog · 1d
A guy was drunk, fell asleep in a Wendy's drive thru, cops were called, they tried to arrest him because driving drunk is a crime, he assaults the cops, steals a taster, runs, turns and points the taser at the cops, is shot, and we're told this is racist police brutality. Come on

💬 1,939    🔁 14.3K    🤍 55.1K    📤

**Ted Lieu** ✔ @tedlieu · 1d
🏛 US House candidate, CA-33

Taser is a non lethal weapon. Rayshard was running away. Killing him was unjustified and an excessive use of force. That's why the cop has already been fired, and the police chief resigned.

💬 804    🔁 126    🤍 1,164    📤

**Cheese Sandwich** @ChaseStanda... · 1d
If he wanted to live, he would have calmly complied. If he wanted other people to live, he wouldn't have been behind the wheel of that car. The streets are much safer without him, and thus, the end justifies the means.

💬 1    🔁 1    🤍 30    📤

🔁 Cheese Sandwich Retweeted
**Matt Walsh** ✔ @MattWalshBlog · 1d

🏠    🔍    🔔    ✉️



8:55     5GE

**Cheese Sandwich**
1,673 Tweets

Tweets    Tweets & replies    Media    Likes

make a phone call when troops step within the blast zone of an IED, they're a terrorist, and become a target of opportunity of be eliminated. Why is it not the same here?

**Donald J. Trump** ✔ @realDonaldT... ·6d
My decision to appoint @usairforce General Charles Brown as the USA's first-ever African American military service chief has now been approved by the Senate. A historic day for America! Excited to work even more closely with Gen. Brown, who is a Patriot and Great Leader!

💬 17.9K    🔁 37.4K    🤍 158K

**Jeffrey Guterman** ✔ @JeffreyGut... ·6d
How dare you tweet crap during George Floyd's funeral.

💬 701    🔁 323    🤍 4,492

**Cheese Sandwich** @ChaseStanda... ·6d
Dare, dare, dare. Stop idolizing a violent criminal, Jeffrey. This isn't the Wild West.

**Donald J. Trump** ✔ @realDonaldT... ·6d
Buffalo protester shoved by Police could be an ANTIFA provocateur. 75 year old Martin Gugino was pushed away after appearing to scan police communica in order to black out the equipment. @OANN I watched he fell harder than was



10:13

**Cheese Sandwich**
1,686 Tweets

Tweets    **Tweets & replies**    Media    Likes

**Tiger Woods** ✓ @Tiger... · 6/1/20

My heart goes out to George Floyd, his loved ones and all of us who are hurting right now. I have always had the utmost respect for our law enforcement. They train so diligently to understand how, when and where to use force. This shocking tragedy clearly crossed that line. I remember the LA riots and learned that education is the best path forward. We can make our points without burning the very neighborhoods that we live in. I hope that through constructive, honest conversations we can build a safer, unified society.

💬 4,314       ⟲ 5,587       ♡ 32K

**CMB** @corymichael72 · 6/1/20
Soft. You golf with the guy who is declaring war on his citizens for standing up for a cause.  The @PGATOUR  should be ashamed as well for promoting his golf courses.

💬 81       ⟲ 75       ♡ 1,564

**Cheese Sandwich** @C... · 6/3/20
You mean declaring war on terrorists who are robbing, looting, and killing Americans for fun.

💬        ⟲ 1       ♡ 12

**Donald J. Trump** ✓ @r... · 6/2/2



10:01

**Cheese Sandwich**
1,655 Tweets

Tweets    Tweets & replies    Media    Likes

**Cheese Sandwich** @C... · 6/5/20
So you want to defund the police and directly fund criminals? How is it moral to support those who prey exclusively on the innocent?

**Diamond** @djdjdime · 6/4/20
Since we're reopening cases can we reopen the case of Kendrick Johnson??? We all know that boy didn't kill himself in a gym mat.

1,260    194K    466K

**Cheese Sandwich** @C... · 6/4/20
Don't forget about Vincent Foster and Seth Rich!

Cheese Sandwich Retweeted

**Matt Walsh** @MattW... · 6/4/20
You weren't allowed to go to church for the last three months but apparently you could have gotten together for a dance party. Well, as long as you have the right politics of course.





**Cheese Sandwich**
1,673 Tweets

Tweets    Tweets & replies    Media    Likes

enforcement and national guard to do their jobs this past week, countless businesses would still be standing and countless looters would never bother anyone again. Disgraceful.

**Lucas Kavner** @Lucas... · 6/5/20
Reminder: Lowe's just donated 25 million to help minority owned businesses reopen. Home Depot founder donated 7 mil to Trump. Go to Lowe's.
4,294    199K    639K

**Cheese Sandwich** @C... · 6/6/20
Time to shop at the store that doesn't display clear racial bias. Plus, Home Depot's theme slaps!

**Laura Ingraham** ✔ @In... · 6/6/20
3 protesters tracked officers to their homes, threw Molotov cocktails at police cars, authorities say

VANDALISM SUSPECTS









9:49 ⌐

**Cheese Sandwich**
1,673 Tweets

Tweets    **Tweets & replies**    Media    Likes

💬 2    🔁    ♡    ⬆

**zellie** ✓ **@zellieimani** · 3d
Today, just like yesterday, is a
perfect day to arrest the killers of
Breonna Taylor.

💬 102    🔁 78.3K    ♡ 184K    ⬆

Show more replies

**Faralyn Padilla** @FaralynPa... · 1d
I hope you never know the loss of
her family first hand. For only then
would you comprehend the gravity
of your words.

💬 1    🔁    ♡ 2    ⬆

**Cheese Sandwich** @Chase... · 1d
Almost every member of my family
spent a career full of life-or-death
situations. When faced against a
threat, you fight to survive, not to
be kind.

💬 2    🔁    ♡    ⬆

🔁 Cheese Sandwich Retweeted
**George J. Santa Ana** @GJ... · 2d
Replying to @chuckwoolery
Identity theft is a crime for

🏠    🔍    🔔    ✉



9:54

**Cheese Sandwich**
1,673 Tweets

Tweets   Tweets & replies   Media   Likes

pushed away after appearing to scan police communications in order to black out the equipment. @OANN I watched, he fell harder than was pushed. Was aiming scanner. Could be a set up?

197K   47.4K   194K

**Eugene Gu, MD** @eugen... · 6d
This is really low and inhumane Trump. Everyone saw the horrifying video where 75 year old Martin Gugino was pushed by the police so hard that he fell over backwards, hit his head on the pavement, and blood started pouring out of his ears. It was so shocking and heartbreaking.

800   5,395   66.2K

**Cheese Sandwich** @Chase... · 6d
The lightest tap in history. He should've been playing soccer for that performance.

**Morgan Mckay** @morg... · 6/8/2
BREAKING: NYS Assembly jus
passed the Eric Garner Anti-





10:12

# Cheese Sandwich
1,586 Tweets

Tweets    **Tweets & replies**    Media    Likes

to private property, thereby depriving people of their 14th Amendment rights. In what world are terrorists supposed to be given a fair fight?

**Ice Cube** ✔ @icecube · 6/2/20
What is the name company that makes those so called rubber bullets? We need to bankrupt them for crimes against the public.

💬 1,354    🔁 21.2K    ♡ 92.3K

**Cheese Sandwich** @C... · 6/3/20
"We need to find the CEO of simmunition"

Y'all are sad. What's next, no more paintball? Airsoft? Stay soft.

**Tiger Woods** ✔ @Tiger... · 6/1/20

TGR
TIGER WOODS VENTURES

My heart goes out to George Floyd, his loved ones and all of us who are hurting right now. I have always had the utmost respect for our law enforcement. They train so diligently to understand how, when and where to use force. This shocking tragedy clearly crossed that line. I remember the riots and learned that education is the best path forward. We can make our points without burning the very neighborhoods that we live in. I hope that



10:16

**Cheese Sandwich**
1,586 Tweets

Tweets **Tweets & replies** Media Likes

💬 70   ↻ 2   ♡ 48   ↥

**Cheese Sandwich** @C...  · 6/1/20
You spelled *terrorists wrong

💬   ↻   ♡   ↥

**lilant1k** @PimpNotSimp · 5/31/20
i'm getting kicked out cuz my mom
is a racist and i called her out for it
lol

💬 2,950   ↻ 67.6K   ♡ 632K   ↥

**Cheese Sandwich** @C...  · 6/1/20
You ever wonder if you're just a
piece of shit kid?

💬   ↻   ♡   ↥

**David French** ✓ @Davi...  · 6/1/20
A no quarter order is a war crime,
prohibited even in actual
insurrection since Abraham
Lincoln's signed the Lieber Code in
1863. Such an order is banned by
international law and would, if
carried out, be murder under
American law. avalon.law.yale.edu/
19th_century/l...

**Tom Cotton** ✓ @T...  · 6/1/20





9:58

**Lethal Force by Law...**
ncbi.nlm.nih.gov

**Cheese Sandwich** @C... · 6/6/20
That figure of "2.8x more likely..." is applied to a whole population, and fails to account for over 99% of police fatalities occuring with someone who had just committed or is committing a crime, which then strongly affects a 12.1% that commit 55% of violent crime.

**Cheese Sandwich** @C... · 6/6/20
Big lesson there: if you want to avoid being on the receiving end of a use of force, then start by not preying on the innocent.

**Hermann Peterscheck** · 6/6/20
Sure. But that's the point. If you have two people preying on the innocent the black person is more likely to be killed and less likely to be armed. Why is that?

Tweet your reply



Cheese Sandwich Retweeted

**TheOriginalMack** @TheOriginal... · 06 Jun
Replying to @IngrahamAngle
George Floyd plead guilty to entering a
woman's home, pointing a gun at her
stomach & searching the home for drugs &
money according to court records

Floyds death was absolutely, absolutely a
crime

But perhaps-perhaps Floyd wasn't being
judged by his color
But for his character

24      17      110





**zellie** ✔ @zellieimani · 3d ⌄

Today, just like yesterday, is a perfect day to arrest the killers of Breonna Taylor.

💬 102   🔁 78.2K   ♡ 184K   ⬆️



**Faralyn Padilla** @FaralynPadilla · 2d ⌄

Why is it taking so long for Breonna Taylor to receive her justice? Whats wrong with that police department?

💬 1   🔁 1   ♡ 2   ⬆️



**Cheese Sandwich**
@ChaseStandage   ⌄

Replying to @FaralynPadilla @zellieimani and @bbysauft

Her justice was received on March 13, 2020.

12:50 AM · 6/14/20 · Twitter for iPhone

✕                      Meme

You're a piece of shit. She was murdered. Hopefully you never experience such a tragedy.

♡1     ⟲     ♡1     ⬆

**Cheese Sandwich** @ChaseStan... ·1d ⌄
Yes, hopefully nobody in my family becomes a spoke of a wheel in a drug ring, and then attempts to fire upon Vice officers as they kick down the door.

♡2     ⟲

**Faralyn Padilla** @FaralynPadilla ·1d ⌄
The guy they were looking for never lived there, and was already in police custody. So.....

♡1     ⟲     ♡1     ⬆

**ashleigh | ACAB** @bbysauft ·1d ⌄
I couldn't imagine being so brain dead

♡     ⟲     ♡1     ⬆

**Self Aware** @SelfAware11 ·2h ⌄
I agree, I hope you don't date a drug dealer either.

♡     ⟲     ♡     ⬆

Tweet your reply

🏠       🔍       🔔       ✉

♡                          ○ ○ ○







Enclosure (14)



Enclosure (17)



9:58

**Hermann Peterscheck** · 6/6/20
Sure. But that's the point. If you have two people preying on the innocent the black person is more likely to be killed and less likely to be armed. Why is that?

💬 3          ⟲          ♡ 2          ⬆

**Cheese Sandwich** @C... · 6/6/20
That is NOT what that is saying. The reason for the 2.8x is because relative to their population, they are disproportionately more likely to commit crime, therefore more likely to encounter police in a negative way, and therefore more likely to meet their end.

💬 1          ⟲          ♡          ⬆

**Hermann Peterscheck** · 6/6/20
Exactly. And that's also true for income, wealth, education, upward mobility. The question is whether it's just black people are just naturally more criminal, dumber, and poorer or if there is some structural thing at work. I think B.

💬 1          ⟲          ♡          ⬆

Tweet your reply



9:07

**Cheese Sandwich**
1,586 Tweets

Tweets    Tweets & replies    Media    Likes

**cdrsalamander** @cdrsalamander · 1d
"Forney had received a waiver from the
Naval Academy leadership allowing him to
maintain his weight because he was
auditioning for the National Football
League."

Navy football player David Forney died
of cardiac arrest, state medical exami...
capitalgazette.com

💬 1     🔁 3     ♡ 10     ⬆

**Phil Walter** @philwalter1058 · 1d
The USNA prioritizes a Midshipman
preparing for an NFL audition over
preparing to lead Sailors?

💬 11     🔁 1     ♡ 11     ⬆

**Cheese Sandwich** @ChaseStanda... · 7h
Leadership qualities and general
competence come secondary to your
ability to throw a ball.

💬 3     🔁     ♡

**tiff** @tiffymydinh · 1d

**EXHIBIT B**



 L Freaky MVP ⚡ Retweeted

 **grift free or die** @GRIFTSH0P · Jun 23 ⌄



 **Kimberley Johnson** ✔ @A... · Jun 23

When was the last time police pepper-sprayed members of the KKK?

💬 374      ⟲ 101.4K      ♡ 440.5K      ↑

Show this thread

⟲ stay 6ft from me Retweeted

 **saintlaurentkhan** @yslkhan · Jun 17 ⌄

and i'll do it again bitch

 **KTLA** ✓ @KTLA · Dec 25, 2015

Louisiana police officer crashes after owl
flies into patrol car, starts pecking at him
on.ktla.com/ORBXH



💬 2.8K      ⟲ 221.2K      ♡ 1.1M      





⟲ jash Retweeted

**scam likely** @_angeliccc · Jun 22
Put a cop on an airplane... swine flu



💬 533      ⟲ 51.9K      ♡ 254.9K      ⬆

Show this thread



 **hu-lia-na** @juliana36921688 · Jun 22 
Replying to @LMCopKilla
Cops are still in danger? Man shut up

  ♡ 

**EXHIBIT C**

 jash Retweeted

**6'8" UCE** @six8uso · Jul 1 

Soldiers are going missing, black people are getting killed & kidnapped, children are being raped and put in cages by the government, this whole country is ran by pedophiles but y'all still gonna celebrate 4th of July? 😃😃😃

💬 1.5K     ↻ 185.2K     ♡ 417.4K     ⬆

Show this thread



# Tweet

## Chun-Li
### @BRAYCE

Florida, please do not elect this man. Instead, encourage him to seek help at the nearest mental institution.

twitter.com/KwCongressiona...

This Tweet is unavailable.

1:16 PM · Jul 7, 2020 · Twitter for iPhone

**1** Retweet    **6** Likes



**amir** 
@iChase_the_hill

# This is wtf I'm talking about! Let's fucking goooo! Get these old white men outta office. Change starts with us my people 😤

 **Stacey Abrams** ✔ @staceyabrams · 2d

Turnout in Georgia's 6/9 primary (final):

1,283,836 Democratic votes
1,033,308 Republican votes
...

05:12 · 7/4/20 · Twitter for iPhone

**7** Likes

      

 **amir** 🎇 @iChase_the_hill · Jun 11 ⌄

We need all countries putting pressure on these white men who have the power in the US. Force them to reform or resign.

🏛 **The Hill** ✔ @thehill · Jun 9

US faces allegations of human rights abuses over treatment of protesters
hill.cm/YI2qcCR



💬      🔁      ♡ 1      ⬆

