**EXHIBIT D**

↻ Ty Dolla $ign Retweeted



**TRAVIS!** ✔
@travisxthompson ⌄

# You know the vibes for today 🖕



9:03 AM · Jul 4, 2020 · Twitter for iPhone



Ty Dolla $ign Retweeted

**Cryptic** @CrypticNoOne · Aug 2

Cyberbullying

Me

1891 comments

tdgrasstobbyy
✨ LET'S TAKE OVER TWITTER ✨ 5h
View replies (13) ⌄
213

adamwojciak
Very fire idea 7-9
Liked by creator
View replies (3) ⌄
847

xxcloudy_dxyz
GEN Z !!! It's our time to shine !!! 7h
104

lilaragarcia50
STORM THE BIRD APP 7:10
Liked by creator
View replies (2) ⌄
293

wnyy_gottabelikethat
TWITTER IS BACK IN TREND 4h
55

420    13.3K    107.7K

⮌ stay 6ft from me Retweeted



**NITA** ☀ @Nitascornerr · Jun 11      ⌄

Off with they heads these bitches is nobodies.



Christopher Colombus has been decapitated in Boston.



🗨 23        ⮌ 4.7K        ♡ 17.8K        ⬆

Show this thread



**EXHIBIT E**



**L Freaky MVP**⚡ @ju_thefool · Jun 29   ∨

She got her finger on the trigger and nobody put her down? Tuh.

**Laurie Skrivan** @LaurieSkr... · Jun 28

An armed couple came out of their house and pointed guns toward BLM protesters in the Central West End #KrewsonResign #CloseTheWorkhouse #DefundPolice



💬        ⟲ 1        ♡ 3        ⬆

**EXHIBIT F**

⟲ stay 6ft from me Retweeted



**Hank** @DeionHD · Jun 6    ∨

Rioting and looting up by 45 points heading into the 4th quarter

twitter.com/ABC7News/statu... 

This Tweet is unavailable.

💬 176      ⟲ 33.6K      ♡ 108.1K      ⬆️



**Kolbi**
@Kill4_k

Replying to @Kentre_12

# Look at this one too



# Tweet





**Kolbi**
@Kill4_k

@ejxxii all 50 states are protesting. You know what that means...



19:22 · 6/2/20 · Twitter for iPhone

**1** Retweet  **2** Likes

      



Kolbi Retweeted

**The Great and Terrible @... · 9h**

I hope They burn down the entire city of Louisville 🖤

7          468          720

**EXHIBIT G**



↻ stay 6ft from me Retweeted

**Ellamino P.** @ItsMeFlashE · Jun 7 ⌄

White people are crazy 😂😂😂



💬      ↻ 1      ♡      ↑

# Tweet



**stay 6ft from me**
@_virgoKWEEN

# Y'all niggas be tripping.

23:51 · 7/3/20 · Twitter for iPhone

**1** Like

                  





14:55 ✈

## Tweet



**Khalil**
@KhalilLMartinez

"this is fascism" says slave owner Elon Musk, "let the people return to work." He means of course, in his family's cobalt mine he hasn't visited since the end of apartheid



◎ **CBS News** ✓ @CBSNews · 4/29/20

**Elon Musk slams "fascist" social distancing measures in California, saying the orders pose a "serious risk" to the company: "Give people back their g\*\*d\*\*\* freedom" cbsn.ws/3bKJwFH**



Tweet your reply

   

**13:31**



<                   **Tweet**



**lj**
@l_jl21

Middle aged white women are the absolute worst dude... twitter.com/DianaWintah/st...

This Tweet is unavailable.

21:25 · 5/27/20 · Twitter for iPhone

**4** Retweets  **8** Likes

                        

Tweet your reply

                        

 ⮌ hu-lia-na Retweeted

**Hunter Sullivan** @Sullivan_84 · Jun 18 ⌄

If you can't say "Black Lives Matter" without saying "but" or "all lives matter" then fuck you. I can't understand how people today deny racism. If you're someone who says "all lives matter" in respose to "BLM" you're racist.

    2    8

**14:58** ⏱

.ıl LTE ▭)

## Tweet



**Khalil**
@KhalilLMartinez

Absolutely gripped by this boomer comic about a fish evolving to get away from his nagging bitch wife





11:11 · 4/20/20 · Twitter for Android

Tweet your reply

   

15:02

LTE

**Tweet**



**Khalil**
@KhalilLMartinez

One thing I do miss about school is when this white kid in my Spanish class would make poorly articulated political points and it was easy to strike him down because he wasn't very confident in his speaking skills

11:22 · 3/27/20 · Twitter for Android

**7** Likes

   

Tweet your reply

   

**15:54**                    


**Khalil** ▽
@KhalilLMartinez

How dare people take to jodel and
talk shit about '21s president being a
football player when the reason he's
president is because the old guy who
was a narp got relieved for multiple
honor violations and credible rape
allegations

01:37 · 7/6/20 · Twitter for Android

**13** Retweets  **99** Likes




**Garret Traggorth** @GT3451 · 2h
Replying to @KhalilLMartinez
**Should make sure you have the full story
before dragging somebody's name on a
public forum**

♡1        ⟲        ♡        ⬆


**Khalil** ▽ @KhalilLMartinez · 1h
**Cry about it some more**

♡1        ⟲        ♡1        ⬆

Tweet your reply

      

**15:54**  

 **Garret Traggorth** @GT3451 · 30m
If the point you're trying to make is not to bash somebody online, you're not setting a real good example. Being a keyboard warrior and trying to damage somebody else's name when you don't have anything to do with that person isn't right and you should be better.

 1                        ⬆

 **Khalil** ▽ @KhalilLMartinez · 28m
My point is to not bash someone who doesn't deserve it. Our class pres is a respected leader on and off the field and cowards are attacking his character. The man he replaced is no such leader.

 1                        

 **Garret Traggorth** @GT3451 · 26m
I agree with you about CK completely, he's been my friend since we started at the academy. What I'm saying is your spreading information that isn't known to be true about somebody else publicly when it has nothing to do with him.

 1                 2        

 **Khalil** ▽ @KhalilLMartinez · 22m
Believe what you want and I'll respect that but I stand by the comparison bc I did not see the same people dissecting the old pres' convictions

 1                        

Tweet your reply

                        

**15:55**

# Tweet

 **Garret Traggorth** @GT3451 · 7m
Still doesn't make it your business to talk about somebody else publicly whom you have nothing to do with.

      

 **Drew** @HeyItsMrShea · 3h
Replying to @KhalilLMartinez and @fostemma

This whole thing is putting everyone at eachother's throats. Shitting on "the old guy" publicly, no matter what he is believed to have done - doesn't make it right. We, as mids, should be better than that.

 1     1  

 **Khalil** ▼ @KhalilLMartinez · 3h
Don't care didn't ask. Fuck him and fuck you for not believing his victims

 1     2  

 **Drew** @HeyItsMrShea · 3h
Wasn't about not believing his victims. I don't know the story at all. I simply don't believe in shaming another member of our school, who still has a future responsibility to lead the same sailors you have to. If he was separated, I'd have the opposite opinion.

Tweet your reply

      



**Khalil**
@KhalilLMartinez

## More 👏 female 👏 war criminals



### Former head of elite IDF unit backs legal bid by women to serve as commandos

A former commander and his deputy in an elite reconnaissance unit in the Israel Defense Forces o...

⭐ The Times of Israel · 3 days ago

4:31 PM · Jul 1, 2020 · Twitter for Android

**1** Retweet    **10** Likes



**Khalil** ▽
@KhalilLMartinez

Every white latino is either extremely corny or like, one generation removed from actual nazis

11:20 · 7/17/20 · Twitter for Android

**3** Likes

   



**Khalil** ▽
@KhalilLMartinez

Thinking about the latino kids growing up who didn't have ESL accents but called it "peksi" bc for some reason they couldn't say pepsi

20:46 · 7/13/20 · Twitter for Android

**1** Like

   

**23:53**                                    LTE 

< **Tweet**

 **Khalil** ▼
@KhalilLMartinez

Gonna marry an Irish girl so I can name my kid like aoibh or smth and pronounce it "Eve"

10:53 · 7/29/20 · Twitter for Android

**1** Retweet   **10** Likes

                        



**EXHIBIT H**

⟲ hu-lia-na Retweeted



**Mike Martin**
@iEkimNitram

# I 100% think you should be able to put your hands on racist mids and not get in trouble

14:20 · 7/5/20 · Twitter for iPhone

**13** Retweets    **86** Likes

                  



**COOOP** @Cooop22_ · 3h
Replying to @iEkimNitram

**Is there a way I can double retweet this.**



GIF



OJ Annapolis @Main • 1min

if standage gets retained i will
happily take a 6k for beating his ass.
0 tolerance for racism my ass

2

1

•••

1 Annapolis • 8s

I mean the dude was really
insensitive, said some awful things,
but I wouldn't be surprised if he got
charged with anything. Definitely a
talking to, may even be a good
opportunity for him to teach the
brigade

0

•••

#GoodVibesOnly



**L Freaky MVP ⚡**
11.6K Tweets                              Follow

← 

**L Freaky MVP ⚡** @ju_thefool · Jun 16    ⌄
Replying to @BRAYCE
I hate when people try to go private. Very cowardice response by a presumed future naval officer.

💬          🔁          ♡ 1          ⬆️

**L Freaky MVP ⚡** @ju_thefool · Jun 16    ⌄
I can't be more proud of the black midshipmen culture fighting at USNA right now. KEEP APPLYING PRESSURE!!! I promise you, y'all can make history and build that bridge to a better Navy and Marine Corps.

💬 2        🔁 6        ♡ 34        ⬆️

🔁 L Freaky MVP ⚡ Retweeted

**Cameron Kinley** @CKIII_ · Jun 15    ⌄
The Naval Academy has to make an example out of this kid. I won't stand for anything less.

💬 5        🔁 29        ♡ 160        ⬆️

**L Freaky MVP ⚡** @ju_thefool · Jun 16    ⌄
Ok Mr.Class President

　　🧑 **Cameron Kinley** @CKIII_ · Jun 15
　　The Naval Academy has to make an example out of this kid. I won't stand anything less.

💬 1        🔁          ♡ 7          ⬆️



amir 💩 Retweeted

**Mike** @michaelcabrerie · Jun 15 ⌄

GET THESE RACIST INSENSITIVE BUMS
OUT OF USNA !!!

💬 2      ⟲ 27      ♡ 99      ↑

---

amir 💩 Retweeted

³ @CKIII_ · Jun 15 ⌄

I am a Christian first, but at the end of the
day I am a black man. I will not continue to
allow this type of behavior towards my
people. I pray for my enemies, but I will make
sure that I take a stand against all injustice
that's occurring in this country.

💬 1      ⟲ 20      ♡ 129      ↑

amir 💩 Retweeted

³ @CKIII_ · Jun 15 ⌄

The Naval Academy has to make an example
out of this kid. I won't stand for anything
less.

💬 5      ⟲ 29      ♡ 159      ↑

amir 💩 Retweeted

lj @l_jl21 · Jun 15 ⌄

Get out of my school Chase Standage

 **stay 6ft from me**
@_virgoKWEEN

⌄

I hope these cheese dude gets kicked out and snitches on all his racist friends. I know they're shaking in their boots

9:32 PM · Jun 16, 2020 · Twitter for iPhone

**3** Likes

                  



**stay 6ft from me** @_virgoK... · Jun 15

Has anyone alerted the black officers on the yard about this stuff? I'm kinda feeling like they aren't in the know and it would be a huge help if they did ........

💬 3     🔁     ♡ 2     ⬆️

**stay 6ft from me**
@_virgoKWEEN

Likeeeee have y'all emailed CAPT. Lindsay, LCDR Odunuwke, LCDR George, etc etc??? Bc we already know that putting the trust in some of the COC is just going to lead to a zoom counseling session .....

8:59 PM · Jun 15, 2020 · Twitter for iPhone

**3** Likes

💬     🔁     ♡     ⬆️

**Kolbi** @Kill4_k · Jun 15
Replying to @_virgoKWEEN

I'll send the screenshots to CAPT Lindsay daughter

💬 1     🔁     ♡     ⬆️

**stay 6ft from me** @_virgoK... · Jun 15



**Kolbi**
@Kill4_k

# Competent MIDS to Chase Standage



**Minh Woo Huynh** @chrismcccc · Jun 15
You ever seen a dead body?!?

0:03 | 5K views

9:12 PM · Jun 15, 2020 · Twitter for iPhone

**1** Retweet   **14** Likes



## Kolbi
77K Tweets

Follow

The Naval Academy basically just made it clear that they would rather have an open racist/bigoted person join the ranks of officers instead of someone's who had difficulty passing a PRT or struggled academically... So much for holding people accountable for their actions.

Show this thread

💬 2　　🔁　　♡　　⬆

Show more replies

**BC** @BC12RISE · 28m　　　∨
Replying to @Kill4_k
Smh

💬 1　　🔁　　♡　　⬆

**Kolbi** @Kill4_k · 27m　　　∨
The only reason why it's taking long is because he has lawyers on his behalf Nd is trying to fight it. So it will be dragged out for weeks maybe months

💬　　🔁 1　　♡ 2　　⬆

**Kolbi** @Kill4_k · 27m　　　∨
⬛⬛⬛⬛⬛YALL Cheese (Chase) did not get adjudicated yet!! ⬛⬛⬛⬛⬛⬛ Dont spread false info. HE HAS NOT BEEN DETAINED

💬　　🔁　　♡ 4　　⬆



**Tweets**     Tweets & replies     Media     Likes



**Khalil** @KhalilLMartinez · 5/5/20
I think bullying adults who are dorks
should be considered more acceptable
when you are also an adult

💬 1     ⟲ 1     ♡ 7     ⬆



**Khalil** @KhalilLMartinez · 5/5/20
If my kid beats up another kid for saying
something racist me and the guys should
then be allowed to beat up that kid's dad

💬     ⟲ 1     ♡ 6     ⬆



**Khalil** @KhalilLMartinez · 5/4/20
Go fuck yourself

---

📧 Gmail · ████████edu · now     🖼 ⌃   R

rentals
Rental Return Reminder
Buyback and Rental Return Reminder
Books rented from the USNA Bookstore are due 05/07/20
but don't worry we're giving you an extra week to get them
to us.
IMPORTANT NOTE - PLEASE READ: Please return any
rentals you have finished using for your coursework. If
you have rental books listed below that are not in your

---

💬 1     ⟲     ♡ 11     ⬆



**randy butternubs** @TyFuselier · 5/4/20
Literally how

💬 1     ⟲     ♡ 1     

 **Jackie.O**  @BRAYCE · Jun 15    ⌄

His CO said they are tracking and they'll be taking appropriate action! One step at a time.

 **Jackie.O**   @BRAYCE · Jun 15

He made his page private but it's okay because I have enough screenshots to send up his CoC!
twitter.com/michaelcabreri...

💬 2          🔁 6          ♡ 46          ⬆️

 **Bitty**                                              ⌄
@mclewis30

Replying to @BRAYCE

# He better get the boot ASAP! Fuck anything else

9:56 PM · Jun 15, 2020 · Twitter for iPhone

**3** Likes

💬          🔁          ♡          ⬆️



**Mcpo Jeffrey Kirby**

1 hr · 🌐

Love this initiative from 3/C Adrian  Johnson from 14th Company.  It's called #chaseunity   Embrace culture and ethnicity amongst each other.  #proudcmc









5:58

# Tweet

## kid with the LA hat
@itsreekpop

@chasestandage Hope you enjoyed your time in Annapolis, cause I promise we getting you kicked out about this one. And that's on my grandpa grave.

7:38 PM · 6/15/20 · Twitter for iPhone

**15** Retweets **96** Likes

Navy FB #21
Tyreek

King-El

Tweet your reply



**BIG WILL** @BHWILL1775 · Jun 15 ⌄

Replying to @chancewarren7

He won't be back at the Academy 💯 don't even sweat it

♡ 1

**Dev** ✎ @devin_mathews25 · Jun 15 ⌄

i really hope i don't see jit back at school. that's all ima say about that

💬 1      ♡ 8

**BIG WILL** @BHWILL1775 · Jun 15 ⌄

Don't be pressed he won't be back 💯

♡ 1

**BIG WILL** @BHWILL1775 · Jun 15 ⌄

Replying to @Mfells_11

He won't be a mid much longer...I'm on mission 👿

♡ 7