**EXHIBIT I**



**jash**
@vokdajoshua

NARPs trash athletes so bad at the Academy, but let one of us go to the Olympics, NBA, NFL, MLB, or any NCAA championship, and they're dick riding like a mf. They fantasize about being D1 by going hard at intramural's 

17:18 · 7/5/20 · Twitter Web App

**8** Retweets **40** Likes

            



**Mai Loan La** @mailoan_ · 16h
Replying to @vokdajoshua
**SAY IT LOUDER**
1



**jash** @vokdajoshua · 16h
Jealous because a college sought us out and not the other way around

 **hu-lia-na** @juliana36921688 · 18h

There are seriously future officers at my school who couldn't get onto a D1 team and think they're oppressed 

💬 1          🔁 8          ♡ 63          ⬆️

 **hu-lia-na**
@juliana36921688

The have to eat in KH where their food is paid for, and they have to wear their free North Face issued backpacks to get their free education, and pass a bare minimum PRT that they knew about before they got in 😔 😔 I can't imagine living such an underserved life

17:16 · 7/5/20 · Twitter for iPhone

**2** Retweets **19** Likes

                    ♡          

 **jash** @yokdajoshua · 16h



5:46

Team,

First, I don't review Jodel as a matter of routine and I am not a Jodeler. I do understand the value of and respect anonymous feedback channels. You may already know how critical feedback is in the fleet.

I am, however, aware of the recent hurtful banter and directed attacks toward various groups within the Brigade of Midshipmen, my teammates. It's clear I need to remind each and every one of you that we are, in fact, on the same team. Are we not equally obligated to act like it? Should any of us expect that our obligations to one another do not apply in certain situations, anonymous or otherwise?

For those who choose to spew garbage in that forum, hiding behind the anonymity it provides, I suggest you take a really hard look at yourself in the mirror and reflect on whether you are adding positively to OUR organization. Your oath and decision to serve require you to support every midshipman without bias or prejudice. I'm a bit lost in the realization that I have teammates who do not yet understand these obligations, of which they took on freely.

Every single person in the Brigade right now has earned the right to be here and every one of you will get my 100% support if you faithfully carry out your duties as a midshipman. However, if you cannot or will not support every member of the Brigade, and this command, you need to seriously consider whether you should remain in the Brigade. We are a team, every single person at USNA, and our country expects us to function inherently with dignity and respect, and I will tolerate nothing less.

And second and pertaining directly to achieving our mission here on the Yard, I am not yet satisfied every one of you understands my expectations nor does it seem as though you understand how COVID-19 works. Obviously, I also need to be clear on this point: I expect every member of the Brigade of Midshipmen to adhere to social distancing guidelines and appropriate facemask use at all times. Exercising must be done at a minimum of 10 feet from another person. Period. Get with your chain of command if this is somehow not clear enough.

Dant out

 Annapolis @**Main** · 11min

So let me get this straight. People post about suicide, not getting fed enough, lack of answers and transparency. But it takes FB being picked on for the Dant to address the stuff that's posted here?

9  5  •••

  here @**Main** · 12min

So we made fun of football for a day and they told on us to Dad?

  3



 here @**Main** · 4min

In case anyone's wondering why no one talks shit on the football team in person, the dant just sent out an aggressive email over anonymous comments. They're above reproach

1 · · ·

 Annapolis @**Main** · 5min

Literally no one on the football team takes takes ownership over how terrible they are as Midshipmen. Shitty rooms, shitty uniforms, shitty grades, etc.

 3 

 here **@Main** · 2min

Audit NAAA and audit the CoC who is willing to compromise the mission of the naval academy so Chet can make a buck

· · ·

 here **@Main** · 1min

I guess footballs mental and physical health is more important than the mental and physical health of mids who actually are mids everyday and came here for something other than throwing a ball around.

· · ·

 close **@Main** · 2min

Don't forget that some football players get to bike the PRT

**#joke**

 **OJ** Annapolis **@Main** · 6min

First football players don't have to do a full summer. Then they get to show up late to mandatory events, miss parades, eat better food, and travel despite having a 1.9 GPA. Now they might live off the yard. Are they still even in the navy?

 2 · · ·

 1 far · 5min

And they can go to LH in spirit gear and pt clothes despite being told time and time again that isn't allowed right now

 · · ·

 2 far · 4min

Some also get to bike the PRT

· · ·

 Annapolis **@Main** · 13min

We actually have terrible fucking leadership. To even be discussing having football live off the yard while everyone else is trapped on the yard shows where their priorities are. This is a disgrace

 3      •••

1 far · 10min

Football has always been a distraction from the mission imo

•••

 far · 9min

**@1** It 100% has. I hope the season is messed up and the NAAA goes bankrupt. There's so much corruption in their organization anyways. There's no oversight

•••

1  far · 6min

Its like the football team aren't even mids. We should have a team of people who are mids, and happen to also play football. Trying to keep up

Please tell me that's a joke. If the football team lives off campus then that's some serious bullshit

• • •

 OJ 📍 far • 27min

**@1** Just a low ranking Marine grad CO here that feels y'all should know more.

• • •

 2 📍 far • 25min

**@OJ** So the CoC seriously thinks that locking all mids on the yard except for the football team is a good idea? If they're not on the yard for the semester then no one should be

• • •

 OJ 📍 far • 25min

**@2** I find it hard to swallow too, but if the season happens, that's how they'll rationalize travel. Apparently WP is considering the same. It doesn't feel right to me either.

 here **@Main** · 25s

Just get rid of sports all together. They break the rules the most and also are the biggest shit bags and don't give a shit about being in the military.

•••

 close **@Main** · 28s

Heard that football plebes get to park on the yard now.

•••

 here **@Main** · 3min

Never forget the 2018 8-4gie where a football player brought a civilian and a plebe to his room to fuck spring semester 1/C year. He got a minor and graduated on time

 4          •••



close **@Main** · 5min

Can't wait to live at the Westin!
-Isolation Football Plebe 🏈

6

Annapolis **@Main** · 6min

I thought this was the Naval
Academy, not the Naval Football
Academy

9

here **@Main** · 6min

To develop midshipmen morally,
mentally, and physically. Unless
they're a football player. In that case,
just keep them within NCAA
academic eligibility and treat them
like civilians

9

 Annapolis **@Main** · 22s

USNA cares more about your ability to catch a ball or stand in front of someone than your actual ability to lead

● ● ●



here **@Main** · 7s

USNA seriously gets off to its public image and doesn't care about anything internal. In the grand scheme of things they really just fake it to us.

0

• • •

here **@Main** · 48s

When you have to bend the rules and standards to allow football players to get into this school and stay here then why even have an academy and why even uphold everyone else to higher standards.

2

1　　　　　　　　• • •



here **@Main** • 38s

Navy football is as bad as blackusna

0



here **@Main** • 2min

The fact football players can go pro now is going to be even worse for the brigade. Now the goal of some football players won't be to commission. It will be to get good enough to go pro and not have to be in the military

10



close **@Main** · 1min

Welcome to the Ricketts Autonomous Zone, or RAZ for short.

4

•••

close **@Main** · 1min

Never forget that apparently Bancroft Hall is too stressful for football players to sleep before a game, and therefore they require a night at the Westin to get proper rest. What does that say about the rest of us?

9

2 •••

 close **@Main** · 22s 

Don't forget that the football team is apparently too good to eat with us in King Hall.

1

•••

 here **@Main** · 35s

Don't forget the rest of the brigade pays for the football teams protein shakes and our own tickets to our own game.

5

 1       •••

here **@Main** · 1min

At least with the football team gone companies will be able to reserve the Chesapeake room for company parties. I tried last year and football had it reserved every day

3

•••



🏠 Annapolis @**Main** · 16s

My detailer told me during plebe summer that the football players were having it just as hard. I later found out that they allowed the football plebes to play video games and check social media. Fucking bullshit.

•••



🏠 Annapolis **@Main** • 17s

Reminded that the majority of the officers on the bridge of the Fitzgerald during the collision were Navy Football players when they were mids

💬 1     •••

📍 close **@Main** • 24s

Football team gets 1.5 rations worth of food. That comes out of our share.

•••



here @**Main** · 56s

Things that don't apply to the
football team: midregs, uniform regs,
prt standards, minimum QPR,
conduct system manual, and in some
situations, UCMJ

6



close @**Main** · 1min

A football player in scraggly Summer Whites is not The Brand

3

here @**Main** · 1min

Every football player I've had in my classes is just mega retarded.

4

1    2



here **@Main** · 13s

Don't forget football players have
been known to take synthetic
marijuana so they don't get caught
in urinalysis.

1

•••

here **@Main** · 1min

Lol my plebe just called her window
ESPN ocho.

3

•••

close **@Main** · 1min

No wonder we're always trying to
scrape together food in KH. The
football team is fed way more than
the rest of us. I didn't know that.

6

•••



here **@Main** · 10s

Remember that your dumb ass "sport" you play wouldn't exist without the money football makes for you

0

•••

Annapolis **@Main** · 20s

Man fuck all y'all we're the only ones who actually do shit for the school anyway so stop complaining

0

•••

Annapolis **@Main** · 24s

The silent majority speaks!

0

•••



close **@Main** · 47s

How do I request my 1.5 rations? Is it a special chit? Or will they automatically know by my 1.9 QPR?

0

•••

here **@Main** · 14s

If they really have the football team living off campus then I'm rooting for army this year

0

•••



here **@Main** · 4min

Navy football players trying to read these jodels shitting on their team but then realizing they're borderline illiterate: 👁️ 〰️ 👁️

💬 1   📤 1          •••



here **@Main** · 5min

Defund the football team

💬 4          •••



(👑) **OJ** 📍 Annapolis **@Main** • 3min

Brigade: pointing out issues with the football team
The football team: uh you're all just racists

💬 2      •••

**10**



⚪ **1** 🏠 far • 3min

They hated OJ for he spoke the truth

•••

**1**

(😐) **2** 📍 far • 1min

Thsy just pulled out 'ol Reliable thats all.

•••

**1**

 here **@Main** · 17s

People will attribute racism and sexism to anything now a days. Have you ever thought maybe we just hate football and it has nothing to do with race? Doesn't even make sense, they are like half white half black...

●●●

 here **@Main** · 31s

The football team creates their culture of sleaziness then perpetuates it through the years. Football firsties should hold their plebes to the standards if they want to feel like part of the brigade

●●●

**EXHIBIT J**



8:11

🔒 mobile.twitter.com

Q Search Twitter

Log in     Sign up

Follow

**anita buchanan**
@ineedabee

acab and abolish ice

📅 Joined July 2018

**29** Following   **17** Followers

Tweets     Tweets & replies     Media     Likes

⟲ anita buchanan Retweeted

Jazmineeexo @Xjazmine04 · Jun 14

I've had a lot of people say they can't find the #JohnPodesta #FRAZZLEDRIP video so here it is!! If you don't believe #PizzaGate is real then your stupid.



7:54

🔒 mobile.twitter.com

← 🔍 Search Twitter ⋯

( Log in )   ( Sign up )

↳ anita buchanan Retweeted

**Puff the Magic Hater** @MsKe... · Jun 3  ∨
Everyone should be declaring themselves
antifascist in solidarity with antifa. Unless
you're with the fucking fascists.

💬 176        ↩ 3.4K        ♡ 21.8K        ⬆

Show this thread

↳ anita buchanan Retweeted

**marnie the dog (sister ph...** ✓ · Jun 1  ∨
Replying to @DAG170372
Oh sorry I meant fuck the police

💬 151        ↩ 7.3K        ♡ 75.9K        ⬆

↳ anita buchanan Retweeted

**Anonymous** @YourAnonCentral · Jun 3  ∨
With 40 million people unemployed,
100,000+ dead, and millions on the streets
amidst a revolution; your economy is now in
a depression. Do the world a favor and go
fuck yourself Mango Mussolini.

🔲 **Donald J. Trump** ✓ @realD... · Jun 3
I feel more and more confident that our
economy is in the early stages of coming
back very strong. Not everyone agrees
with me, but I have little doubt. Watch for

← → ＋ :) •••

Log in   Sign up

 **anita buchanan**
@ineedabee ⌄

# I don't feel safe with boys like Chase Standage protecting this country. Kick his ass out.



to arrest the killers of Breonna Taylor.
♡ 102   ↻ 78.3K   ♡ 184K   ⬆

 **Faralyn Padilla** @FaralynPadilla · 2d
Why is it taking so long for Breonna Taylor to receive her justice? Whats wrong with that police department?
♡ 1   ↻ 1   ♡ 2   ⬆

**Cheese Sandwich**
@ChaseStandage

Replying to @FaralynPadilla @zelieimani and @bbysauft

Her justice was received on March 13, 2020.

9:50 PM · 6/13/20 · Twitter for iPhone

**2** Retweets

 **lil baby stan acct** @zezay
The median wealth for a w
$134,000 & the median fo
$11,000. I don't understan
think these numbers just d
people "being lazy"
♡ 368   ↻ 69K   ♡

 **Cheese Sandwich** @Chas
Amazing what you can do
your money and innovate.
♡   ↻   ♡

9:25 AM · Jun 16, 2020 · Twitter for iPhone

**7** Retweets   **22** Likes

 💬    ↻    ♡    ⬆

7:53

🔒 mobile.twitter.com

Q  Search Twitter                    ○○○

Log in                  Sign up

Cowardice isn't much of a leadership quality in my opinion

💬 1          ⇄ 2          ♡ 20          ⬆️

⇄ anita buchanan Retweeted

**ewelina | blm** @ewelina_ada... · Jun 11    ⌄
Replying to @Martinell1Magic
men not existing > men existing

💬 27         ⇄ 528        ♡ 5.3K         ⬆️

**anita buchanan** @ineedabee · Jun 15    ⌄
#freebarron2020 yuh💙

💬            ⇄            ♡ 3            ⬆️

⇄ anita buchanan Retweeted

**jana \*:·** @chanelpastries · Jun 13    ⌄
Replying to @adorelouisss
kill all m3n

💬            ⇄ 2          ♡ 5            ⬆️

⇄ anita buchanan Retweeted

**quyhn-ahn** @amandabialeckii · Jun 12    ⌄
addison rae... no... this ain't it.

♪ **TikTok**
@addisonteagle

←      →      +      :)      •••



**Terry Twaddle**
@TwaddleTerry

Follow

📅 Joined August 2019

35 Following  1 Follower

Not followed by anyone you're following

Tweets | Tweets & replies | Media | Likes

**Terry Twaddle** @TwaddleTerry · 1d
I support you!!!

🦋 **anita buchanan** @ineedabee · 2d
I don't feel safe with boys like Chase Standage protecting this country. Kick his ass out.

to arrest the killers of Breonna Taylor.
♡ 102  ⟲ 28.3K  ♡ 184K

**Faralyn Padilla** @FaralynPadilla · 2d
Why is it taking so long for Breonna Taylor to receive her justice? Whats wrong with that police department?
♡ 1  ⟲ 1  ♡ 2

**Cheese Sandwich** @ChaseStandage
Replying to @FaralynPadilla @zellieimani and @bbysauft
Her justice was received on March 13, 2020.

9:50 PM · 6/13/20 · Twitter for iPhone

2 Retweets

♡  ⟲  ♡ 1  ↑

**lil baby stan acct** @zezay
The median wealth for a v
$134,000 & the median fo
$11,000. I don't understar
think these numbers just
people "being lazy"

♡ 368  ⟲ 69K

**Cheese Sandwich** @Chas
Amazing what you can do
your money and innovate.

♡  ⟲  ♡

**Promoted Tweet**

**Hanna** ✓ @HannaOnPrime
Know your enemies. Know yourself. Season 2 of #HannaTV arrives July 3 on @PrimeVideo.

# EXHIBIT K



Canc: Sep 20

COMDTMIDNNOTE 5720
JAG
AUG 2 1 2019

COMMANDANT OF MIDSHIPMEN NOTICE 5720

From:  Commandant of Midshipmen, U.S. Naval Academy

Subj:  POLITICAL ACTIVITIES OF MIDSHIPMEN

Ref:   (a) DoD Directive 1344.10

1. <u>Purpose.</u>  To reiterate existing Department of Defense (DoD) guidelines and establish policy on midshipman involvement in political activities.

2. <u>Information.</u>  Reference (a) sets policy on political activities of members of the Armed Forces.  Midshipmen will be held to the standards in that directive and as articulated herein.

3. <u>Action</u>

   a.  Reference (a) states that active duty personnel may not engage in partisan political activities and should avoid the inference that their political activities imply DoD sponsorship, approval, or endorsement of a political candidate, campaign, or cause.  Members on active duty may not campaign for a partisan candidate, engage in partisan fundraising activities, serve as an officer of a partisan club, or speak before a partisan gathering.  Attendance at political campaign or election events in uniform is strictly prohibited.

   b.  Active duty members may, however, vote, express their personal opinions on political· candidates and issues, make monetary contributions to a political campaign or organization, and attend political events as a spectator when not in uniform.

   c.  Social media:  Military personnel may generally express their personal views on public issues or political candidates via social media platforms, such as Facebook, Twitter, or personal blogs, much the same as they would be permitted to write a letter to the editor of a newspaper.  If, however, personnel are identified by a social media site as military members, the posting must clearly and prominently state that the views expressed are those of the individual only and not of the Department of Defense.  Also, while military personnel may "follow" "friend" or "like" a political party or candidate running for partisan office, they may not post links to, "share" or "re-tweet" comments or tweets from social media or other electronic or non-electronic postings of a political party or candidate running for partisan office.  As always, members of the military must also be careful not to comment, post, or link to material that violates the Uniform Code of Military Justice (UCMJ) or service regulation.  Examples include showing contempt for public officials, releasing sensitive information, or posting unprofessional material that is prejudicial to good order and discipline under the UCMJ.

d. The above permissible political activities are permitted only in a military member's personal (vice official) capacity and not in the workplace. Service members may not engage in political activity on government time or using government equipment. Midshipmen are considered to be in an official capacity and in the workplace whenever attending a scheduled Naval Academy evolution, to include, but not limited to, meetings, extracurricular activities, and classes. An exception may be made for political discussion that is part of an organized class educational activity where all participants and observers understand that the viewpoints expressed are strictly personal.

e. Midshipmen in leadership positions shall avoid political discussions with, or state political viewpoints to, or around, their units or individual subordinates. Midshipmen, like all military members, are prohibited from coercing subordinate participation in political activities and must ensure that they do not create an appearance that they are doing so.

f. Current political campaign paraphernalia, such as buttons, bumper stickers, or candidate photos may not be placed in the Federal workplace, which includes Bancroft Hall common areas and individual rooms. Service members may, however, have a reasonably sized bumper sticker on a personal vehicle, even if it is parked on government property.

g. My point of contact: U.S. Naval Academy Staff Judge Advocate/Ethics Counselor, CAPT Lawrence Hill, JAGC, USN, and can be reached at email: lhill@usna.edu or my work phone: 410-293-1563. The alternate point of contact is Commandant's Legal Advisor, LCDR Timothy Bergstrom, JAGC, USN, at email: bergstro@ usna.edu or work phone: 410-293-7014.

4. Record Management

a. Records created as a result of this notice, regardless of format or media, must be maintained and dispositioned for the standard subject identification codes (SSIC) 1000 through 13000 series per the records disposition schedules located on the Department of the Navy/Assistant for Administration (DON/AA), Directives and Records Management Division (DRMD) portal page at https://portal.secnav.navy.mil/orgs/DUSNM/DONAA/DRM/Records-and-Information-Management/Approved%20Record%20Schedules/Forms/AllItems.aspx.

b. For questions concerning the management of records related to this notice or the records disposition schedules, please contact your local records manager or the DON/AA DRMD program office.

T. R. BUCHANAN

Distribution:
Non-Mids (Electronically)
Brigade (Electronically)