# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHASE STANDAGE, Midshipman First Class, United States Naval Academy,<br><br>*Plaintiff*,<br><br>vs.<br><br>KENNETH J. BRAITHWAITE, Secretary of the Navy; and SEAN S. BUCK, Vice Admiral, Superintendent, United States Naval Academy;<br><br>*Defendants*. | Civil Action No. _____<br><br>**EMERGENCY HEARING REQUESTED** |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff Chase Standage, Midshipman First Class, United States Naval Academy, by and through counsel, hereby moves for a preliminary injunction enjoining the Superintendent and the Secretary of the Navy from separating MIDN Standage and directing that MIDN Standage be restored to his position as a midshipman first class at the Naval Academy. A memorandum of law is submitted with this motion.

Dated: September 30, 2020          Respectfully submitted,

                                                 __/S/_ Crighton A. Chase_____
                                                 Crighton A. Chase
                                                 D. Md. Bar No. 30098
                                                 HILLMAN, BROWN & DARROW, P.A.
                                                 221 Duke of Gloucester Street
                                                 Annapolis, Maryland 21401-2500
                                                 (410) 263-3131


                                                 __/S/_ Jeffrey E. McFadden_____
                                                 Jeffrey E. McFadden
                                                 (D. Md. Bar No. 08738 (renewal pending))

LAW OFFICES OF JEFFREY E. MCFADDEN, LLC
312 Prospect Bay Drive East
Grasonville, MD  21638
(410) 490-1163

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2020, I caused this Plaintiff's Motion for Preliminary Injunction to be served by electronic mail on

CAPT Lawrence Hill, Jr., JAGC, USN
Staff Judge Advocate
United States Naval Academy
lhill@usna.edu

Mark A. Romano, Esq.
Assistant General Counsel
Assistant Secretary of the Navy (Manpower & Reserve Affairs)
mark.romano1@navy.mil

*[s]Crighton A. Chase*
Crighton A. Chase