**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHASE STANDAGE, Midshipman First Class, United States Naval Academy,<br><br>*Plaintiff,*<br><br>vs.<br><br>KENNETH J. BRAITHWAITE, Secretary of the Navy; and SEAN S. BUCK, Vice Admiral, Superintendent, United States Naval Academy,<br><br>*Defendants.* | Civ. No. ELH-20-2830 |

**ORDER**

Consistent with the Court's September 30, 2020, telephone conference with Plaintiff's counsel and Defendants' counsel, it is, on this 1st day of October 2020, hereby:

**ORDERED** that, pending the Court's disposition of Plaintiff's Motion for a Preliminary Injunction, Defendants are precluded from taking any further steps to separate Plaintiff from the United States Naval Academy, including the issuance of a Memorandum Report to the Assistant Secretary of the Navy for Manpower & Reserve Affairs and the submission by Plaintiff of a Show Cause Statement in response to such Memorandum; and it is further

**ORDERED** that, pending the Court's disposition of Plaintiff's Motion for a Preliminary Injunction, Defendants are precluded from requiring Plaintiff to leave the United States Naval Academy, continuing Plaintiff's check-out process from the United States Naval Academy, or interfering with Plaintiff's ability to continue attending his academic classes and military obligations; and it is further

**ORDERED** that nothing in this Order prevents Defendants from continuing with their

administrative review and consideration of Plaintiff's alleged misconduct short of the constraints set forth above.

*Ellen L. Hollander*
Ellen L. Hollander
United States District Judge