

**THE SECRETARY OF THE NAVY**
WASHINGTON, D.C. 20350-1000

NOV 0 1 2007

MEMORANDUM FOR ASSISTANT SECRETARY OF THE NAVY (MANPOWER & RESERVE AFFAIRS)
CHIEF OF NAVAL OPERATIONS
COMMANDANT OF THE MARINE CORPS

SUBJECT: Retention and Delegation of Authority in U.S. Naval Academy (USNA) Midshipmen Commissioning and Disenrollment Cases

REF: (a) DOD Directive 1332.23
(b) 10 USC § 6959
(c) 10 USC § 2005
(d) 10 USC § 6963
(e) 10 USC § 6962
(f) 10 USC § 6961
(g) 10 USC § 651
(h) OPNAVINST 1531.7

I hereby rescind any and all previous delegations of authority under references (a) through (g) to decide matters of USNA Midshipmen commissioning, management, and disenrollment. Accordingly, reference (h) is cancelled and will be replaced by a new regulation to reflect this action and any subsequent delegations.

I specifically retain my authority to decide matters of USNA Midshipmen disenrollment due to voluntary resignation in the third or fourth year of study (after voluntary incursion of a service obligation), or in any case where a Midshipman fails to accept a commission after completion of the USNA academic course of instruction. I hereby delegate all other authority not specifically retained under references (a) through (g) to decide matters of Midshipmen commissioning, management, and disenrollment to the Assistant Secretary of the Navy (Manpower and Reserve Affairs). This authority may be further delegated.

Donald C. Winter

cc:
CNP
Superintendent, U.S. Naval Academy

Ex. B