

**zellie** ✓ @zellieimani · 3d
Today, just like yesterday, is a perfect day to arrest the killers of Breonna Taylor.

💬 102    🔁 78.2K    ♥ 184K



**Faralyn Padilla** @FaralynPadilla · 2d
Why is it taking so long for Breonna Taylor to receive her justice? Whats wrong with that police department?

💬 1    🔁 1    ♥ 2



**Cheese Sandwich**
@ChaseStandage

Replying to @FaralynPadilla @zellieimani and @bbysauft

Her justice was received on March 13, 2020.

12:50 AM · 6/14/20 · Twitter for iPhone