





Enclosure (15)
Ex. D





