*[handwritten annotations in margins: "1 ALONE", "1 CAMERA", "1 HEAD PHONES", "PHONES", "☐ AUDIO ISSUES", "☐ NO RECORDED", "☐ PEOPLE IN W/MG"]*

## DEPUTY COMMANDANT CONDUCT ADJUDICATION SCRIPT

Date of Adjudication: 06AUG20

**1. MIDSHIPMAN 1/C STANDAGE, YOU HAVE BEEN CHARGED WITH THE FOLLOWING 6K CONDUCT OFFENSES:**

**02.04 *6K:**  Violation of a local instruction, regulation, or notice.

**04.21 *6K:**  Violation of UCMJ, Navy Regulations, SECNAV and OPNAV Instructions, General Orders, federal, state, or local laws.

**2. YOUR CONDUCT OFFENSES ARE SUMMARIZED AS FOLLOWS:**

On or about 7 June 2020 through 15 June 2020, using your then-public Twitter account that included your real name in the handle, you posted numerous replies to Tweets regarding race and social unrest in the United States. Your replies included multiple statements that could appear to a reader to be influenced by racial prejudice. Your replies also include multiple statements that could appear to be advocating for the indiscriminate use of deadly force against American citizens. *[handwritten: "U.S."]*

During this time, a Twitter user posted, in part: "Why is it taking so long for Breonna Taylor to receive her justice?" On or about 14 June 2020, you responded to that tweet: "Her justice was received on March 13, 2020," referencing the date when Louisville police killed Breonna Taylor while mistakenly executing a no-knock warrant on the wrong home. Your reply *[handwritten: "SEVERAL OF POSTS"]* went viral, garnering yourself and USNA significant negative attention, as it became clear through the use of your name on your account and other identifying information that you are a Midshipman. The rest of your post history also came under scrutiny at that time, causing reactions across the Brigade of Midshipmen that were severely disruptive.

You are accused of violating COMDTMIDNOTE 5720 regarding political activities of Midshipmen, which prohibits you from posting unprofessional material online that is prejudicial to good order and discipline. You are also accused of violating Article 133 of the UCMJ, Conduct Unbecoming an Officer and Gentleman, which prohibits you from acting in a private capacity in a way that dishonors or disgraces yourself and seriously comprises your standing as a Midshipman or officer.

Ex. F

3. THE ELEMENTS OF YOUR OFFENSES ARE SET FORTH IN THE INVESTIGATING OFFICER'S REPORT.

4. AT THIS HEARING YOU HAVE THE RIGHT TO TESTIFY OR REMAIN SILENT.  YOU HAVE THE RIGHT TO EXAMINE ALL EVIDENCE OR RECORDS, TO OBJECT TO EVIDENCE, TO CALL WITNESSES AND PRESENT EVIDENCE ON YOUR BEHALF AND TO PRESENT ORAL OR WRITTEN ARGUMENT ON YOUR OWN BEHALF.

DO YOU UNDERSTAND THESE RIGHTS? *YES*

5.  I HAVE CONSIDERED THE FOLLOWING EVIDENCE:

Preliminary Inquiry Report, your Form 2 and the submissions of your attorney.

6.  I WILL BASE MY DECISION SOLELY ON THAT EVIDENCE, YOUR PERFORMANCE AND CONDUCT RECORDS, AND ANY OTHER INFORMATION THAT IS PRESENTED HERE TODAY.

HAVE YOU HAD A REASONABLE OPPORTUNITY TO REVIEW THE EVIDENCE PACKAGE? *YES*

DO YOU HAVE ANY OBJECTION TO MY CONSIDERATION OF THIS EVIDENCE? 

7. THE PURPOSE OF THIS HEARING IS TO ALLOW YOU TO PRESENT EVIDENCE OR TO MAKE A STATEMENT ON YOUR BEHALF. YOU ARE ADVISED THAT YOU MAY REMAIN SILENT REGARDING YOUR OFFENSES DURING THIS HEARING IF YOU WISH, AND I WILL NOT DRAW ANY ADVERSE INFERENCE FROM YOUR SILENCE.

DO YOU UNDERSTAND? *YES*

Ex. F

**8. I WILL NOW TAKE YOUR PLEA:**

MIDN STANDAGE

**02.04 *6K:**   Violation of a local instruction, regulation, or notice.

NOT GUILTY __X__    GUILTY _____

**04.21 *6K:**   Violation of UCMJ, Navy Regulations, SECNAV and OPNAV Instructions, General Orders, federal, state, or local laws.

NOT GUILTY __X__    GUILTY _____

**9. CHAIN OF COMMAND & OBSERVERS – AT EASE**

MIDN STANDAGE, DO YOU WISH TO MAKE AN OPENING STATEMENT? YES,

*READ STATEMENT FROM ATTORNEY'S SUBMISSION*

AS A MATTER OF CONSCIENCE, I APOLOGIZE.

IT DOESN'T MATTER MY INTENT BUT RATHER THE PERCEPTION OF MY POSTS.

I HAVE BOTH PARENTS - POLICE OFFICERS - AT RISK, I WAS @ A GREAT DEAL OF STRESS

INNOCENT PEOPLE BEING INJURED, TRIED TO TALK W/ FRIENDS/FAMILY, IN FRUSTRATION TOOK TO TWITTER

IVE BE HARASSED, BULLIED, THREATENED

DID NOT IDENTIFY MYSELF ON TWITTER POST, HOPE TO START A DISCUSSION ON WHAT DIVIDES U

**10. DO YOU HAVE ANY CHARACTER WITNESSES WHO WOULD LIKE TO APPEAR ON YOUR BEHALF?** YES

PROF NEOWHANER - SUPERVISED PROJECT (WIND TUNNEL) FLT TEST, NL425 TEAM LDR(4) MOST ENGAGED STUDENT LAST YEAR, RATHER HAVE CHASE IN READY ROOM THAN ANY 2020 GRAD

PROF POSTLEWAITE - KNOWN FOR 3 YRS, MENTOR, ADOPTED SPONSOR, NO EXPERIENCE OF ANY RACIST BEHAVIOR, AVIATION THROUGH THROUGH, HAS SOLID CHARACTER, HORRENDOUS MISTEP, N

MIDN STAVAROSE ⟍ EXCUSES FOR MIDN STANDAGE, SHOULD REMEDIATE

Ex. F

**11.   I WILL NOW ASK YOU QUESTIONS ABOUT THE CHARGE.**

(IF ACCUSED MIDSHIPMAN DID NOT MAKE OPENING STATEMENT, ASK: ARE YOU WILLING
TO ANSWER MY QUESTIONS ON THE CHARGE?)

I would like to remind you that in accordance with our honor
concept my expectation for the conversation we are about to have
is that you will tell the truth and ensure that the full truth
is known. *YES*

**\*EXCUSE ACCUSED AND CHAIN OF COMMAND FOR DELIBERATION\***
----------------------------------------------------------------
**14.   CHAIN OF COMMAND – ATTENTION** *[Announce findings]*

**MIDN STANDAGE**

**02.04 \*6K:**   Violation of a local instruction, regulation, or notice.

NOT GUILTY _____        GUILTY ⤬

**04.21 \*6K:**   Violation of UCMJ, Navy Regulations, SECNAV and OPNAV Instructions, General Orders, federal, state, or local laws.

NOT GUILTY _____        GUILTY ⤬

**15. BEFORE I DECIDE ON YOUR SANCTIONS, ARE THERE ANY EXTENUATING AND/OR MITIGATING CIRCUMSTANCES YOU WANT ME TO CONSIDER?**
(Surrounding factors which do not justify or excuse an offense but may make a crime appear less serious, less aggravated, or without malice.  Additionally these are circumstances that may be considered out of mercy or fairness in deciding the degree of the offense or to influence the reduction of the penalty)

NO

**16. *Record sanctions on sanctions worksheet, and announce.***

**17. YOU HAVE THE RIGHT TO AN APPEAL WITHIN 5 BUSINESS DAYS.  ANY QUESTIONS PLEASE SEE THE CONDUCT OFFICER.**

Ex. F

**Sanctions Worksheet**

Conduct/Honor Case No: 210073

Rank/Name: MIDN 1/C Standage

Restriction: _60_ days

Demerits awarded (Conduct): _100_

Loss of privileges: X months OR until _____

Date of hearing: 6 Aug 20

Adjudicator: CAPT Mathewson

Tours: _____

Aptitude grade (Honor): _____

Extra duty or EMI: _____

| Privilege | 1/C | 2/C | 3/C | 4/C |
|---|---|---|---|---|
| Overnight liberty | | | | |
| Weekday town liberty | | ▨ | ▨ | ▨ |
| Civilian attire during liberty | | | | ▨ |
| Wearing "spirit gear" in Bancroft Hall | | | | ▨ |
| Physical training during study period | | | ▨ | |
| Operating a vehicle on board USNA | | Move in/out | ▨ | ▨ |
| Operating a vehicle w/in 35 miles of USNA | | | ▨ | ▨ |
| Parking onboard USNA | | ▨ | ▨ | ▨ |
| Move out of Bancroft after Spring Finals | | | ▨ | ▨ |
| Weekend media utilization for entertainment | ▨ | ▨ | ▨ | |

| Recommendation to Commandant | For X months | Until (date) |
|---|---|---|
| Conduct / Honor Probation | | |
| Conduct / Honor Remediation | | |
| Loss of leave | | |
| Non-Representation Status (may practice and work out with team, no movement orders or competitions ) | | |
| Removal / suspension from sports team/ECAs | | |
| Removal from leadership position | | |
| Participation in "Keep what you've earned" w/ ADEO | | |
| DAPA Screening | | |
| Company change | | |
| **FORWARD FOR SEPARATION** | X | |

Ex. F

## TABLE OF AUTHORIZED SANCTIONS

|  | Minor | Major | 6K |
|---|---|---|---|
| Demerits | 0-50 | 0-90 | 0-100 |
| Restriction (days) | 0-21 | 0-45 | 0-60 |
| Tours[1] | 0-10 | 0-20 | 0-30 |
| Extra Duties (days) | 0-30 | 0-60 | 0-90 |
| Loss of Privileges[2, 3] (months) | 0-2 | 0-4 | 0-6 |

NOTES:

1. Tours may be assigned only if restriction is not assigned. Tours will be marched daily at 1900 with restrictees following restriction muster and tracked by both the Company Conduct Officer and Main Office. An Adjudicating Authority may not assign both tours and restriction for an offense.

2. The Commandant may suspend privileges in excess of this range in appropriate cases.

3. For limits and guidance with respect to suspending or revoking parking and driving privileges, see section 4.5(h).

| DEMERIT RANGES PER CONDUCT SEMESTER LETTER GRADE | | | | | |
|---|---|---|---|---|---|
| LETTER GRADE | POINT VALUE | FIRST CLASS | SECOND CLASS | THIRD CLASS | FOURTH CLASS |
| A | 4 | 0-25 | 0-25 | 0-30 | 0-35 |
| B | 3 | 26-45 | 26-45 | 31-49 | 36-60 |
| C | 2 | 46-60 | 46-60 | 50-70 | 61-80 |
| D | 1 | 61-70 | 61-70 | 71-80 | 81-90 |
| F | 0 | 71+ | 71+ | 81+ | 91+ |



Acknowledgement of Probation

1. I hereby acknowledge that I have been recommended for conduct probation to the Commandant of Midshipman.  Should the Commandant award probation in accordance with this recommendation, that probation will be effective as of today's date.

2. I further acknowledge that a condition of that probation is that I may not commit any 6k- or major-level conduct offenses or any combination of minor-level offenses which result in cumulative demerits exceeding my class threshold for unsatisfactory conduct per the conduct instruction (91 demerits for Fourth Class, 81 demerits for Third Class, and 71 demerits for First Class and Second Class).  The Commandant may impose further conditions at his discretion.

3. I acknowledge that violation of probation, to include additional misconduct committed after today's date during the probationary period, may result in a recommendation to the Superintendent that I be separated from the Naval Academy.

Signature: _____   Witnessed by: _____

Printed Name: CHASE STANDAGE   Printed Name: Tim Bergstrom

Date and Time: 06 AUG 20   Date and Time: 6 Aug 20

Ex. F