2 Sep 20

From: Chief of Staff, U.S. Naval Academy
To:    MIDN 1/C Chase Standage, USN

Subj: MIDN 1/C CHASE STANDAGE REQUEST FOR RECONSIDERATION OF DEPUTY COMMANDANT ADJUDICATION

Ref:   (a) COMDTMIDNINST 1610.2K
       (b) COMDTMIDNOTE 5720
       (c) Mr. Jeffrey E. McFadden ltr of 20 Aug 20

1. In accordance with reference (a), I have considered your request for reconsideration. After reviewing the record and references (b) and (c), and consulting with my legal advisor, your request is granted in part and denied in part. Your request to have the Commandant recused as the reviewing authority in this case is granted; however, I will fulfill this role rather than the Superintendent. Your request for reconsideration of your findings of guilt for violations of COMDMIDNNOTE 5720 (Political Activities of Midshipmen) and UCMJ Article 133 (Conduct Unbecoming) is denied.

2. On 6 August 2020, the Deputy Commandant found you guilty of violating COMDMIDNNOTE 5720 and UCMJ Article 133 based on a series of social media posts you made between 7 June 2020 and 15 June 2020 on several sensitive social and political topics.

3. Prior to your alleged misconduct being entered into the USNA Conduct System, the decision was made to recuse the Commandant from any involvement in the adjudication of your case. Based in part on some of the issues raised in reference (c), the Commandant has had no involvement in your case, and will not serve as the reviewing authority. When the Commandant is unavailable to serve as the reviewing authority, the duty is given to the USNA Chief of Staff. Therefore, I am considering your request for reconsideration and will hold an adjudication meeting with you to determine if your case will be forwarded to the Superintendent.

4. After a thorough review of all of the evidence, I determined a preponderance of the evidence supports the Deputy Commandant's finding that indicates that your conduct was in violation of COMDMIDNNOTE 5720 and UCMJ Article 133.

5. I do not find that your First Amendment rights were violated. Midshipmen are encouraged to be engaged citizens and are permitted to express personal political opinions, as long as they do so in a professional and respectful manner. The issue with your social media comments was in the manner in which you expressed your opinions, not necessarily with your opinions themselves. You are not being punished for your beliefs, but for the fact that you failed to

Ex. G

Subj: MIDN 1/C CHASE STANDAGE REQUEST FOR RECONSIDERATION OF
       DEPUTY COMMANDANT ADJUDICATION

express them in way that is consistent with our Navy core values. Accordingly, I do not find that any impermissible viewpoint discrimination occurred.

*[signature]*

J. S. BATES

Copy to:
Deputy Commandant
3rd Battalion Officer
Conduct Officer
Mr. Jeffrey McFadden

2

Ex. G