1610
14 Sep 20

MEMORANDUM FOR THE SUPERINTENDENT

Subj: REPORT OF UNSATISFACTORY CONDUCT IN THE CASE OF MIDSHIPMAN CHASE STANDAGE, USN, CLASS OF 2021

Ref: (a) COMDTMIDNINST 1610.2J (Administrative Conduct System)

Encl: (1) Midshipman 1/C Chase Standage Case and Record Summary

1. Per reference (a), the unsatisfactory conduct case of Midshipman First Class Standage, United States Navy, is forwarded for your review and approval. Enclosure (1) is provided to assist in your review.

2. I conducted a personal interview with Midshipman Standage on 10 September 2020. I reviewed the case file and his overall record, and I considered the statements of his chain of command, the written submissions of his character witnesses, his attorney's submission and the statements of his character witnesses at the hearing. On 15 June 2020, Midshipman First Class Chase Standage's tweets began to go viral on Facebook, Instagram, Twitter, and through text messages. From 7 to 15 June 2020, Midshipman Standage posted over 40 tweets which contained crude commentary on several sensitive social issues. A preliminary inquiry was subsequently conducted and determined Midshipman Standage violated COMDMIDNNOTE 5720 (Political Activities of Midshipmen). Midshipman Standage appeared before the Deputy Commandant on 6 August 2020 and was found guilty of 02.04 6K – Violation of a local instruction, regulation, or notice, to wit: COMDMIDNNOTE 5720 (Political Activities of Midshipmen); and 04.21 6K – Violation of the UCMJ, to wit: Article 133 (Conduct Unbecoming). He was awarded 100 demerits, 60 days restriction, and forwarded for separation. On 20 August 2020, Midshipman Standage and his attorney filed an appeal to the guilty findings. On 2 September 2020, I denied the appeal. Midshipman First Class Standage has lost my confidence in his ability to make sound decisions and to uphold the core values expected from an officer in the Navy. Accordingly, I recommend Midshipman Standage be disenrolled from the Naval Academy.

3. Midshipman First Class Chase Standage was inducted on 29 June 2017 on a Congressional appointment. He has incurred a three-year service obligation or tuition recoupment cost of $174,753.25.

J. S. BATES

Copy (w/o encl):
Midshipman 1/C Standage

Ex. I