UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHASE STANDAGE, Midshipman First Class, United States Naval Academy,<br><br>*Plaintiff*,<br><br>vs.<br><br>KENNETH J. BRAITHWAITE, Secretary of the Navy; and SEAN S. BUCK, Vice Admiral, Superintendent, United States Naval Academy;<br><br>*Defendants*. | Civil Action No. 1:20-cv-02830-ELH |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please strike the appearance of Michael P. Darrow, Esquire, Crighton A. Chase, Esquire and the Law Firm of Hillman, Brown & Darrow, P.A., entered in the above entitled action as counsel for the Plaintiff, Chase Standage.

Mr. Standage is represented by Jeffrey E. McFadden, Esquire. Mr. McFadden has entered his appearance as attorney for the Plaintiff in this matter.

Respectfully Submitted,

_____/**S**/_____
Crighton A. Chase
D. Md. Bar No. 30098
HILLMAN, BROWN & DARROW, P.A.
221 Duke of Gloucester Street
Annapolis, Maryland 21401-2500
(410) 263-3131

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHASE STANDAGE, Midshipman First Class, United States Naval Academy,<br><br>    *Plaintiff*,<br><br>vs.<br><br>KENNETH J. BRAITHWAITE, Secretary of the Navy; and SEAN S. BUCK, Vice Admiral, Superintendent, United States Naval Academy;<br><br>    *Defendants*. | Civil Action No. 1:20-cv-02830-ELH |

## **ORDER**

UPON due consideration of the Notice of Withdrawal of Counsel and any responses thereto, it is hereby Ordered, that the appearance of Michael P. Darrow, Esquire, Crighton A. Chase, Esquire and the Law Firm of Hillman, Brown & Darrow, P.A., is stricken as counsel for the Plaintiff, Chase Standage.  The Plaintiff is represented by Jeffrey E. McFadden, Esquire.


_____               _____
Date                     Ellen L. Hollander
                         United States District Judge