**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

November 4, 2020

LETTER TO COUNSEL

    Re:   *Chase Standage v. Kenneth Braithwaite, et al.*
            Civil No.:  ELH-20-2830

Dear Counsel:

    This will confirm the substance of our discussions during the telephone status conferences held on November 3 and November 4, 2020.

    First, plaintiff's counsel shall submit a proposed order to modify and revise the Order docketed at ECF 5.  The proposed revision would provide for lifting the stay pertaining to issuance of the Memorandum Report.  It is my understanding that the government agrees either to maintain ECF 5 as written, or to rescind ECF 5 in its entirety.

    Second, plaintiff intends to file a second amended complaint.  It is due by the close of business on Friday, November 6, 2020.  In response, the government may file a supplement to its motion to dismiss, due by the close of business on November 13, 2020.  Plaintiff's supplemental opposition is due by the close of business on November 20, 2020.  And, the government's reply is due by the close of business on November 30, 2020.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                 Sincerely,

                                               /s/
                                         Ellen Lipton Hollander
                                         United States District Judge