UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHASE STANDAGE, Midshipman First
Class, United States Naval Academy,

    *Plaintiff*,

vs.

KENNETH J. BRAITHWAITE, Secretary of
the Navy; and SEAN S. BUCK, Vice Admiral,
Superintendent, United States Naval Academy,

    *Defendants*.

Civ. No. ELH-20-2830

## AMENDED ORDER

Consistent with the Court's September 30, 2020 and November 3, 2020 telephone conferences with Plaintiff's counsel and Defendants' counsel, the Court shall amend its Order dated October 1, 2020 (ECF 5), such that it is, on this 9th day of November 2020, hereby:

**ORDERED** that, pending the Court's disposition of Plaintiff's Motion for a Preliminary Injunction and Defendants' Motion to Dismiss, Defendants are precluded from separating Plaintiff from the United States Naval Academy, but the Parties may proceed with the issuance of the Superintendent's Memorandum Report to the Assistant Secretary of the Navy for Manpower & Reserve Affairs (ASN(M&RA)) (the "Memorandum Report"), the submission by Plaintiff of a Show Cause Statement in response to such Memorandum Report, the transmission of the Memorandum Report and Show Cause Statement to ASN(M&RA), and the issuance of a memorandum decision by ASN(M&RA) in response to the Memorandum Report and Show Cause Statement; and it is further

**ORDERED** that, pending the Court's disposition of Plaintiff's Motion for a Preliminary

Injunction and Defendants' Motion to Dismiss, Defendants are precluded from acting on any separation decision by ASN(M&RA), requiring Plaintiff to leave the United States Naval Academy, continuing Plaintiff's check-out process from the United States Naval Academy, or interfering with Plaintiff's ability to continue attending his academic classes and military obligations; and it is further

**ORDERED** that nothing in this Order prevents Defendants from continuing with their administrative review and consideration of Plaintiff's alleged misconduct short of the constraints set forth above.

*Ellen L. Hollander*
Ellen L. Hollander
United States District Judge