Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

Motion to Dismiss and Strike – Dated December 14th, 2020

Please dismiss and strike everything that I have sent you on December 14th, 2020. The Electoral College meets on the first Monday after the second Wednesday of December per the Constitution and that day is December 14th, 2020.

It is clear to me that people don't want to see or hear and I have to accept that. (They really didn't need to work so hard at censoring me and you. Whatever they did to my fellow Americans was wildly successful in making them deaf and blind.)

Thank you for giving me a voice.

I gave it my best.

God always opens another door for me regardless if I want that or not.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on December 14th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson