Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

Ninth Motion for Leave to file a Supplemental Friend of the Court Brief/Amicus Brief

And

Motion to Docket

I have no expectations that you will docket the attachment. It is 140 pages and it contains an abbreviated version of my Supreme Court Writ 14-10077.

The Conclusion

*"The pen **is not** mightier than the sword".*

*"Freedom is never more than one generation away from extinction. We didn't pass it to our children in the bloodstream. It must be fought for, protected, and handed on for them to do the same."* Ronald Reagan

We have enslaved ourselves and our future generations in violation of the Preamble of the Constitution. *"and secure the Blessings of Liberty to ourselves and our Posterity".*

Without *"Free Speech"* and the ability to file a grievance with courts in abidance with the Constitution we will not survive.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

FILED ENTERED
LODGED RECEIVED
DEC 03 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

CERTIFICATE OF SERVICE

I hereby certify that on November 27th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson