EMERGENCY EXTRAORDINARY WRIT FOR AN INJUNCTION
November 28th, 2020

This was my **"OH FUCK"** moment this morning and if you can't see the problems/genocide then you are delusional. (And no, I am not sorry for using profanity) *United Airlines on Friday (November 27th, 2020) commenced charter flights to send doses of Pfizer and BioNTech's COVID-19 vaccine candidates to prepare for distribution, according to a report by the Wall Street Journal that cited people familiar with the matter.* (Lincoln: "American will fall from within". This is suicide.)

If you allow the vaccination, we all die. We **can't** find a vaccination for Influenza, Pneumonia and Suicide (all are contagious) but we can find a vaccination for COVID19 in less than a year. Why are we susceptible to COVID19? **IT IS BECAUSE WE ARE ALREADY INFECTED. THE KATRINA VIRUS IS REAL.**

May God have mercy on our souls because there is no going back. Once the FDA approves, then the courts can't stop our Genocide.

United Airlines charters flights to distribute Pfizer's COVID-19 vaccine BY KAELAN DEESE - 11/27/20 06:56 PM EST https://thehill.com/policy/transportation/aviation/527792-united-airlines-charters-flights-to-distribute-pfizers-covid
*United Airlines on Friday (November 27th, 2020) commenced charter flights to send doses of Pfizer and BioNTech's COVID-19 vaccine candidates to prepare for distribution, according to a report by the Wall Street Journal that cited people familiar with the matter.
*"As a result of the historic pace of vaccine development through Operation Warp Speed and careful logistics planning, the FAA today is supporting the first mass air shipment of a vaccine," the FAA statement read.
*Both companies are awaiting emergency use authorization after submitting a request to the Food and Drug Administration (FDA) last week.

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE
I hereby certify that on November 28th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson