IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHASE STANDAGE,
    *Plaintiff*,

v.

KENNETH BRAITHWAITE *et al.*,
    *Defendants*.

Civil Action No. ELH-20-2830

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is this 22nd day of December, 2020, by the United States District Court for the District of Maryland, hereby **ORDERED**:

1) Plaintiff's Motion for a Preliminary Injunction (ECF 2) is **DENIED**, without prejudice;

2) Defendants' Motion to Dismiss (ECF 8; ECF 27) is **GRANTED**, without prejudice;

3) The Clerk shall CLOSE this case.

                                                          /s/
                                      Ellen Lipton Hollander
                                      United States District Judge