FILED ___ ENTERED
LOGGED ___ RECEIVED
JAN 22 2021
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CHASE STANDAGE, Midshipman First Class, United States Naval Academy,<br><br>*Plaintiff,*<br><br>vs.<br><br>KENNETH J. BRAITHWAITE, Secretary of the Navy; and SEAN S. BUCK, Vice Admiral, Superintendent, United States Naval Academy;<br><br>*Defendants.* | Civil Action No. ELH-20-cv-02830 |

## ORDER ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Request for Emergency Hearing. ECF 79. The Court held a preliminary telephonic discussion with counsel for the parties on January 21, 2021, during which counsel for defendants opposed the issuance of either a Temporary Restraining Order or a Preliminary Injunction.

The Court incorporates by reference the factual and procedural history of this case, as set forth in its Memorandum Opinion of December 22, 2020. *See* ECF 62.

Upon review of the plaintiff's submissions, including the Third Amended Complaint (ECF 84), the Court is satisfied that, in the absence of the requested temporary relief, plaintiff, who is in his final semester at the U.S. Naval Academy, will suffer irreparable injury if he is barred from attending his academic classes and fulfilling his military obligations; the balance of equities favors plaintiff; and there are serious legal issues in this case, including under the First Amendment, on which plaintiff may prevail.

Therefore, it is this 22nd day of January, 2021, by the United States District Court for the

District of Maryland, hereby

**ORDERED,** that, for fourteen (14) days from the date of this Order, defendants are enjoined from taking any actions to separate plaintiff from the Naval Academy, including any effort to out-process him from the Naval Academy or interfere with his ability to continue attending his academic classes and fulfilling his military obligations. And, it is further

**ORDERED,** that, upon the filing by plaintiff of a timely motion for an extension, and upon a showing of good cause, the Court may extend the fourteen day period for an additional fourteen (14) days; and it is hereby

**FURTHER ORDERED,** that Plaintiff shall post a bond in the amount of two hundred dollars ($200.00), pursuant to Federal Rule of Civil Procedure 65(c).

**SO ORDERED.**

_____
Ellen L. Hollander
U.S. District Judge