**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

March 18, 2021

MEMORANDUM TO COUNSEL

Re:   *Chase Standage v. Thomas W. Harker, et al.*,
Civil Action No. ELH-20-2830

Dear Counsel:

The Editorial Staff at West Publishing advised me that it has selected the Court's Memorandum Opinion of December 22, 2020 (ECF 62) for publication in the Federal Supplement.

In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, typographical corrections. The revised version will be docketed.

I reiterate that the substance of the Memorandum Opinion has not been altered. The Order issued on December 22, 2020 (ECF 63), is unchanged.

Very truly yours,

_____/s/_____

Ellen Lipton Hollander
United States District Judge